# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**RONALD SLADE, individually and as Special Administrator of the ESTATE OF KAMONIE M. SLADE, and CHARMA SLADE,**

      Plaintiffs,

      V.                     CASE NUMBER: **11-C-222**

**BOARD OF SCHOOL DIRECTORS OF THE CITY OF MILWAUKEE, LINDA ROUNDTREE, MARIBETH GOSZ, KEITH P. POSLEY, and JOHN PITTA,**

      Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the motion for summary judgment filed by all defendants on the plaintiffs' 42 U.S.C. § 1983 wrongful death action is GRANTED.**

**Counts 1 and II (the federal claims) are DISMISSED WITH PREJUDICE.**

**Count III (the state law claim) is DISMISSED WITH PREJUDICE as to Keith Posley.**

**Count III (the state law claim) is DISMISSED WITHOUT PREJUDICE as to Linda Roundtree, Maribeth Gosz, John Pitta, and the Board of School Directors of the City of Milwaukee.**

**This action is hereby DISMISSED.**

| **May 21, 2012** | **JON W. SANFILIPPO** |
|---|---|
| Date | Clerk |
| | |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |